**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LISA GOLDSMITH                                                                                                    PLAINTIFF

v.                                                  NO. 4:14CV00282 JLH

LITTLE ROCK FAMILY EYECARE, LLLP,
d/b/a OPTOMETRIC OPPORTUNITIES, INC.;
and TASKER RODMAN                                                                                      DEFENDANTS

### ORDER OF DISMISSAL

Pursuant to the notice filed by the plaintiff, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE